```
 1  J. Toney
    Attorney at Law
 2  State Bar No. 43143

 3  P.O. Box 1515
    Woodland, California 95776
 4  (530) 666-1908
    yoloconflict@aol.com
 5
    Attorney for Jerry Jones
 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9  UNITED STATES OF AMERICA,      ) CR S 11-111 MCE
                                   )
10       Plaintiff,                ) STIPULATION AND ORDER
                                   ) CONTINUING STATUS
11    v.                           ) CONFERENCE
                                   ) Jan. 5, 2012 at 9:00 AM
12  JERRY JONES, et al             ) before
         Defendants                ) Judge England
13  _____ _ )

14

15  This matter is now set for Status Conference on Oct. 27 2011.

16  Because the parties need more time to complete the plea

17  negotiations, the parties STIPULATE the present date be vacated and

18  the case continued until Jan. 5, 2012 and request the Court so

19  order.  The parties stipulate that time under the Speedy Trial Act

20  should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A),

21  local code T4. This continuance is also needed so the co-

22  responsible, Sanae Jones can appear; these parties are former

23  husband and wife and a disposition of both cases at the same time

24  would be in the interest of justice.  For these reasons the parties

25  agree the reasons for the continuance outweigh the interests of the

26  public and Defendant in a speedy trial, and request the Court so

27  find.

28
                                     1
```

Dated Oct. 25, 2011

                    /s/ TODD LERAS
                    Todd Leras
                    Assistant U.S. Attorney


                    /s/ J TONEY
                    J Toney
                    Attorney for Jerry Jones

    IT IS SO ORDERED.  The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: October 27, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE