J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JERRY JONES, et al<br>    Defendants<br>_____ | ) CR S 11-111 MCE<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING STATUS<br>) CONFERENCE AND REQUESTING<br>) PRE-PLEA PROBATION REPORT<br>)<br>) March 22, 2012 at 9:00 AM<br>) before<br>  Judge England |

This matter is now set for Status Conference on Jan. 5, 2012. Because the parties need more time to complete the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until March 22, 2012 and request the Court so order. The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4. This continuance is also needed so the co-responsible, Sanae Jones can appear; these parties are former husband and wife and a disposition of both cases at the same time would be in the interest of justice. For these reasons the parties agree the reasons for the continuance outweigh the interests of the public and Defendant in a speedy trial, and request the Court so find.

1

It is also requested that the Court order the U.S. Probation department to prepare a pre-plea report in this case. The parties believe that this would facilitate resolution of the case in March and avoid unnecessary court appearances. Counsel for the Defendant has contacted Senior Probation Officer Ortiz regarding this. He stated that they would be able to do such a report if the status date was continued until at least mid-March. This is the reason for the suggested next Court date.

Respectfully submitted,

Dated January 2, 2012

/s/ TODD LERAS

Todd Leras

Assistant U.S. Attorney

/s/ J TONEY

J Toney

Attorney for Jerry Jones

IT IS SO ORDERED. The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: January 4, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE