J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY JONES,<br>Defendant | ) CR S 11-111-MCE<br>)<br>) STIPULATION AND ORDER<br>) SETTING CASE FOR CHANGE OF<br>) PLEA<br>)<br>) Sept. 27, 2012 at 9:00 AM<br>) before<br>) Judge England |

This matter is now set for Status Conference on Sept. 13, 2012. Because the parties need more time to conclude the plea negotiations, the parties STIPULATE the present date be vacated and the case continued until Sept. 27, 2012 and request the Court so order. The parties stipulate that time under the Speedy Trial Act should be excluded for Counsel preparation; 18 USC 3161(h)(7)(A), local code T4. For these reasons the parties agree the reasons for the continuance outweigh the interests of the public and Defendant in a speedy trial, and request the Court so find.

Respectfully submitted,

Dated Sept. 11, 2012

1

/s/ TODD LERAS

Todd Leras

Assistant U.S. Attorney

/s/ J TONEY

J Toney

Attorney for Jerry Jones

**ORDER**

Given the foregoing stipulation, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial. This matter is continued from September 13, 2012 to September 27, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2