J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Jerry Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 11-111-MCE |
| Plaintiff, | ) APPLICATION AND ORDER FOR ) TRANSPORTATION |
| v. | ) ) PURSUANT TO 18 U.S.C. § 4285 |
| JERRY JONES, | ) |
| Defendant | ) |

This matter is set for change of plea on September 27, 2012. Application is made for an Order of Transportation and subsistence for Mr. Jones to travel from La Puente California to Sacramento on September 26, 2012. Mr. Jones states he is without funds and requests this so he can appear in Court at 9:00 AM on September 27.

Wherefore, in the interests of justice, the Court is requested to arrange for Mr. Jones' means of non-custodial transportation or furnish the fare for it; and, in addition direct the Marshal to furnish Mr. Jones money for subsistence expenses, not to exceed the amount authorized as a per diem allowance for travel under Sec. 5702(a) of Title 5, U.S.C. and pursuant to 18 U.S.C. Sec . 4285.

///

///

1

Respectfully submitted,

Dated September 17, 2012

                          /s/ J TONEY

                          J Toney

                    Attorney for Jerry Jones

TO: U.S. MARSHAL FOR THE EASTERN DISTRICT OF CALIFORNIA:

Good Cause appearing, it is ordered that the Marshal for the Eastern District of California is authorized and directed to furnish the above-named Defendant, Jerry Jones, with transportation from La Puente California to Sacramento California on September 26, 2012 and return on September 27, 2012. It is further ordered that the Marshal provide subsistence funds not to exceed the amount authorized as per the per diem allowance for travel under Sec. 5702(a) of Title 5, U.S.C.  This request is authorized pursuant to 18 U.S.C. Sec. 4285.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2